```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MAGALLON-LUPIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  2:10-cr-00523 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| FRANCISCO MAGALLON-LUPIN ) | Date:   FEBRUARY 7, 2011 |
| ) | Time:   10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant FRANCISCO MAGALLON-LUPIN, that the status conference hearing of February 7, 2011 before Judge Frank C. Damrell Jr. be vacated, and the matter be set for status conference hearing on March 3, 2011 at 10:00 a.m. before Judge Kimberly J. Mueller.

　　　　The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including the March 3, 2011 status conference hearing be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: February 7, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
FRANCISCO MAGALLON-LUPIN

Dated: February 7, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele Beckwith*

MICHELE BECKWITH
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** It is ordered that time from the date of this Order, up to and including, March 3, 2011 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: February 8, 2011.

UNITED STATES DISTRICT JUDGE