```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  FRANCISCO MAGALLON-LUPIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00523-KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE STATUS CONFERENCE |
| v. | ) |
| FRANCISCO MAGALLON-LUPIN | ) Date: MARCH 3, 2011 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| _____ | ) |

The parties request that the status conference in this case be continued from March 3, 2011, to March 17, 2011 at 10:00 a.m. They stipulate that the time between March 3, 2011 and March 17, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, and to continue to investigating the facts of the case. Additionally, AUSA Michele Beckwith is expected to be in trial on March 3, 2011. The parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated: February 28, 2011          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
FRANCISCO MAGALLON-LUPIN

Dated: February 28, 2011          BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele Beckwith*

MICHELE BECKWITH
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 3, 2011, be continued to March 17, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the March 17, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  March 2, 2011.

UNITED STATES DISTRICT JUDGE