BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0523 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| FRANCISCO MAGALLON-LUPIAN, | |
| Defendant. | |

The parties request that the status conference in this case be continued from March 17, 2011, to March 31, 2011 at 10:00 a.m. They stipulate that the time between March 17, 2011, to March 31, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the

1

1  case.  The parties stipulate and agree that the interests of
2  justice served by granting this continuance outweigh the best
3  interests of the public and the defendant in a speedy trial.  18
4  U.S.C. §(7)(B)(iv).

5  Dated:  March 15, 2011              Respectfully submitted,

6                                      BENJAMIN B. WAGNER
                                       United States Attorney
7
8                                      /s/ Michele Beckwith
                                   By: Michele Beckwith
9                                      Assistant U.S. Attorney

10 Dated: March 15, 2011

11                                     /s/ Doug Beevers
                                       DOUG BEEVERS
12                                     Attorney for Defendant

13

14                                 **ORDER**

15     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
16 is ordered that the status conference presently set for March 17,
17 2011, be continued to March 31, 2011, at 10:00 a.m.  Based on the
18 representation of counsel and good cause appearing therefrom, the
19 Court hereby finds that the ends of justice to be served by
20 granting a continuance outweigh the best interests of the public
21 and the defendant in a speedy trial.  It is ordered that time
22 from the date of this Order, to and including, the March 31,
23 2011, status conference shall be excluded from computation of
24 time within which the trial of this matter must be commenced
25 under the Speedy Trial Act pursuant to 18 U.S.C. §
26 3161(h)(7)(B)(iv) and Local Code T-4.

27 Dated:  March 15, 2011.            _____
28                                    UNITED STATES DISTRICT JUDGE