```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  FRANCISCO MAGALLON-LUPIN

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No.  2:10-cr-00523-KJM
                                   )
12              Plaintiff,         ) STIPULATION AND ORDER
                                   ) TO CONTINUE STATUS CONFERENCE
13       v.                        )
                                   )
14  FRANCISCO MAGALLON-LUPIN       ) Date:  April 28, 2011
                                   ) Time:  10:00 a.m.
15              Defendant.         ) Judge: Hon. Kimberly J. Mueller
                                   )
16  _____ )
```

17      The parties request that the status conference in this case be
18 continued from April 28, 2011, to May 5, 2011 at 10:00 a.m.  They
19 stipulate that the time between April 28, 2011 and May 5, 2011 should be
20 excluded from the calculation of time under the Speedy Trial Act.  The
21 parties stipulate that the ends of justice are served by the Court
22 excluding such time, so that counsel for the defendant may have
23 reasonable time necessary for effective preparation, taking into account
24 the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
25 Specifically, defense counsel needs time to review discovery with the
26 defendant, and to continue to investigating the facts of the case.  The
27 parties stipulate and agree that the interests of justice served by
28 granting this continuance outweigh the best interests of the public and

the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated: April 27, 2011                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                         */s/ Douglas Beevers*
                                         _____
                                         DOUGLAS BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         FRANCISCO MAGALLON-LUPIN


Dated: April 27, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         */s/ Michele Beckwith*
                                         _____
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 28, 2011, be continued to May 5, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the May 5, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: April 27, 2011.

                                         _____
                                         UNITED STATES DISTRICT JUDGE