BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:10-cr-00523-KJM |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| FRANCISCO MAGALLON-LUPIAN | ) AND EXCLUDING TIME |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

The parties request that the status conference in this case be continued from May 5, 2011, to June 2, 2011 at 9:00 a.m.  They stipulate that the time between May 5, 2011 and June 2, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Defense counsel is in the process of obtaining and reviewing the transcripts of his underlying deportation proceedings to determine whether there is a basis for

1  filing a motion to dismiss the indictment.  The parties stipulate
2  and agree that the interests of justice served by granting this
3  continuance outweigh the best interests of the public and the
4  defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).
5  Dated: May 3, 2011               Respectfully submitted,

6                                   BENJAMIN B. WAGNER
                                    United States Attorney
7

8                                   */s/ Michele Beckwith*
                                 By: Michele Beckwith
9                                   Assistant U.S. Attorney

10 Dated: May 3, 2011

11                                  */s/ Douglas Beevers*
                                    DOUGLAS BEEVERS
12                                  Attorney for Defendant

13

14                                **ORDER**

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
16 is ordered that the status conference presently set for May 5,
17 2011, be continued to June 2, 2011, at 9:00 a.m.  Based on the
18 representation of counsel and good cause appearing therefrom, the
19 Court hereby finds that the ends of justice to be served by
20 granting a continuance outweigh the best interests of the public
21 and the defendant in a speedy trial.  It is ordered that time
22 from the date of this Order, to and including, the June 2, 2011,
23 status conference shall be excluded from computation of time
24 within which the trial of this matter must be commenced under the
25 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and
26 Local Code T-4.
27 Dated:  May 4, 2011.

                                    _____
28                                  UNITED STATES DISTRICT JUDGE