1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  FRANCISCO MAGALLON-LUPIN

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No.  2:10-cr-000523-KJM
                                  )
12              Plaintiff,        )  STIPULATION AND ORDER
                                  )  TO CONTINUE STATUS CONFERENCE
13      v.                        )
                                  )
14 FRANCISCO MAGALLON-LUPIN       )  Date:  June 9, 2011
                                  )  Time:  10:00 a.m.
15              Defendant.        )  Judge: Hon. Kimberly J. Mueller
                                  )
16 _____)

17      The parties request that the status conference in this case be
18 continued from June 9, 2011, to July 7, 2011 at 10:00 a.m. They stipulate
19 that the time between June 3, 2011 and July 7, 2011 should be excluded
20 from the calculation of time under the Speedy Trial Act due to the
21 previously filed Motion to Dismiss. The Motion to Dismiss is currently
22 scheduled for hearing on July 7, 2011 at 10:00a.m. The parties stipulate
23 and agree that the interests of justice served by granting this
24 continuance outweigh the best interests of the public and the defendant
25 in a speedy trial.
26 / / /
27
28

```
Dated: June 6, 2011                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender


                                       /s/ Douglas Beevers
                                       _____
                                       DOUGLAS BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       FRANCISCO MAGALLON-LUPIN


Dated: June 6, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Michele Beckwith
                                       _____
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney
```

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 9, 2011, be continued to July 7, 2011, at 10:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time between June 3, 2011 and July 7, 2011 shall be excluded from the calculation of time under the Speedy Trial Act due to the previously filed Motion to Dismiss.

Dated: June 7, 2011.

_____
UNITED STATES DISTRICT JUDGE