IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-cr-00523 KJM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FRANCISCO MAGALLON-LUPIAN, ) | |
| aka Ramon Magallon-Lupian, ) | |
| aka Ramon Magallon, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The government's motion to dismiss the superseding indictment is granted.  Fed. R. Crim. P. 48(a).  The superseding indictment is hereby dismissed without prejudice.

Dated:  August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE