|  |  |
|---|---|
|  | **FILED**<br>August 30, 2011<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>———————————<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO MAGALLON-LUPIAN, )<br>  aka Ramon Magallon-Lupian, )<br>  aka Ramon Magallon, )<br>)<br>Defendant. ) | CASE NUMBER: 2:10-cr-00523-KJM<br><br>ORDER FOR IMMEDIATE RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Francisco Magallon-Lupian</u> immediately from custody for the following reasons:

   __    Release on Personal Recognizance

   __    Bail Posted in the Sum of _____

   __    Unsecured Appearance Bond in the amount of <u>$</u>

   __    Appearance Bond with 10% Deposit

   __    Appearance Bond secured by Real Property

   __    Corporate Surety Bail Bond

   <u>X</u>    (Other) <u>Case dismissed.</u>

Issued at <u> Sacramento, CA </u> on <u> August 30, 2011 </u> at <u>3:09 p.m.</u> .

            By   _____
              UNITED STATES DISTRICT JUDGE